# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MELCOMB WAYNE HANKINS**　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #117693**

v.　　　　　　　　Case No. 3:20-CV-000340-BSM

**ROGER WATKINS**　　　　　　　　　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 2nd day of November, 2020.

_____
UNITED STATES DISTRICT JUDGE